KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3 07 70011 JL |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|     v. ) | |
| VERNON WHITE, ) | |
|     Defendant. ) | |

    On January 29, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from January 29, 2007 to February 6, 2007 for effective preparation of counsel, in that defense counsel required adequate time to obtain and review information relevant to the government's motion for detention of defendant. The parties represented that there is good cause for granting the continuance, and that it was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

Stipulation and [Proposed] Order Excluding Time - 3 07 70011 JL      1

1  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

4                                             KEVIN V. RYAN
                                              United States Attorney

6  DATED: January 29, 2007            _____/s/_____
                                              JULIE A. ARBUCKLE
7                                             Assistant United States Attorney

9  DATED: January 29, 2007            _____/s/_____
                                              STEVEN KALAR
                                              Attorney for Defendant Vernon White

12     As the Court found on January 29, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from January 29, 2007 to February 6, 2007 for good cause and the effective preparation of defense counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21  SO ORDERED.

23  DATED: 1/31/07            _____
                                              James Larson
24                                            United States [Magistrate Judge]

*IT IS SO ORDERED — Judge James Larson*

Stipulation and [Proposed] Order Excluding Time - 3 07 70011 JL                                    2