1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102

7 | Facsimile: (415) 436-7234

8 | Attorneys for the United States of America

**FILED**

FEB 0 9 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3 07 70011 JL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) | |
| VERNON WHITE, | ) | |
| Defendant. | ) | |

On February 6, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from February 6, 2007 to February 20, 2007 for effective preparation of counsel, in that defense counsel required additional time to obtain and review information relevant to the government's motion for detention of defendant. The parties represented that there is good cause for granting the continuance, and that it was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

Stipulation and [Proposed] Order Excluding Time - 3 07 70011 JL

1

1 | and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2 | SO STIPULATED:
3 |
4 |                             KEVIN V. RYAN
                            United States Attorney
5 |
6 | DATED: February 6, 2007                _____/s/_____
                            JULIE A. ARBUCKLE
7 |                             Assistant United States Attorney
8 |
9 | DATED: February 7, 2007                _____/s/_____
                            STEVEN KALAR
                            Attorney for Defendant Vernon White
10 |
11 |
12 |      As the Court found on February 6, 2007, and for the reasons stated above, the Court finds
13 | that the ends of justice served by the continuance outweigh the best interests of the public and the
14 | defendant in a speedy trial and that time should be excluded from the calculations under the
15 | Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from
16 | Febaury 6, 2007 to February 20, 2007 for good cause and the effective preparation of defense
17 | counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would
18 | deny counsel reasonable time necessary for effective preparation, taking into account the exercise
19 | of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
20 |
21 | SO ORDERED.
22 |
23 | DATED: 2-9-07                            _____
24 |                             Maria-Elena James
                            United States Magistrate Judge
25 |
26 |
27 |
28 |