1 SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney
2
MARK L. KROTOSKI (CABN 138549)
3 Chief, Criminal Division

4 JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorneys
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
    Telephone: (415) 436-7102
7     Facsimile: (415) 436-7234
    E-mail: julie.arbuckle@usdoj.gov
8
Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,    )    No.  3 07 70011 JL
                                )
14     Plaintiff,                     )    STIPULATION AND [PROPOSED]
                                )    ORDER EXCLUDING TIME
15     v.                              )
                                )
16 VERNON WHITE,                    )
                                )
17     Defendant.                   )
    _____)
18

19

20

21     On February 20, 2007, the parties in this case appeared before the Court and stipulated that

22 time should be excluded from the calculations under the Speedy Trial Act, Federal Rule of

23 Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from February 20, 2007 to March 15,

24 2007 for effective preparation of and continuity of counsel.  The parties represented that there is

25 good cause for granting the continuance, and that it was the reasonable time necessary for

26 effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C.

27 § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

28 continuance outweighed the best interests of the public and the defendant in a speedy trial.  See

1  18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

4                                            SCOTT N. SCHOOLS
                                             Interim United States Attorney

6  DATED: February 23, 2007              _____/s/_____
                                             JULIE A. ARBUCKLE
7                                            Assistant United States Attorney

9  DATED: February 28, 2007              _____/s/_____
                                             STEVEN KALAR
                                             Attorney for Defendant Vernon White

12    As the Court found on February 20, 2007, and for the reasons stated above, the Court finds
that the ends of justice served by the continuance outweigh the best interests of the public and the
defendant in a speedy trial and that time should be excluded from the calculations under the
Speedy Trial Act, Federal Rule of Criminal Procedure 5.1, and 18 U.S.C. §3142(f)(2)(B) from
February 20, 2007 to March 15, 2007 for good cause and the effective preparation and continuity
of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would
deny counsel reasonable time necessary for effective preparation, taking into account the exercise
of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21  SO ORDERED.

23  DATED:  March 16, 2007            _____
                                             Maria-Elena James
                                             United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James